UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

First National Bank (Fulda), Peoples Holding Company, Inc., Commercial Federal Bank, BNC National Bank, Farmers & Merchants State Bank, American Federal Bank, First National Bank of Bovey, First National Bank (Chisholm), First National Bank (Pierre), First National Bank of the North, First State Bank of Red Wing, First National Bank (Moline), Northern State Bank of Virginia, Northwoods Bank of Minnesota, Prairie State Bank, Rosemount National Bank, State Bank of LaCrosse, Inc., State Bank of Aurora, Triumph State Bank, Citizens State Bank (Roseau), Community First Financial, Inc., First Federal Bank (Bemidji), First Savings Bank, fsb (Beresford), First State Bank (Sauk Centre), Red River State Bank, State Bank of Delano, and Vermillion State Bank,

Plaintiffs,

v.

American Lenders Facilities, Inc.,

Defendant.

Civil File No. 00-269JRT/RLE

American Lenders Facilities, Inc.,

Third-Party Complainant,

v.

Norwest Bank Minnesota, National Association, a subsidiary of Wells Fargo Company; Dain Rauscher, Inc., formerly known as Dain Bosworth, Inc.; and Agricultural Excess and Surplus Insurance Co., and DOES 1 – 100, inclusive,

Third-Party Defendants.

**Stipulation of Parties and Order to Allow Defendant American Lenders Facilities, Inc. to Amend Its Third-Party Complaint**

FILED JUL 0 6 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

)
)

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the parties in the above-entitled action, by and through their undersigned counsel, hereby consent to allow Defendant American Lenders Facilities, Inc. to amend its Third-Party Complaint to institute the following changes, as reflected in its attached First Amended Third-Party Complaint:

1. The change of name from "Norwest Bank Minnesota, National Association, Inc." to its proper name of "Norwest Bank Minnesota, National Association" and
2. The change of name from "Dain Rauscher Corporation" to its proper name of "Dain Rauscher, Incorporated."

Dated: June 21, 2000

MACKALL, CROUNSE & MOORE, PLC

By [signature]

Timothy D. Moratzka (#75036)
Shane H. Anderson (#179607)
Scott S. Payzant (#225907)
Lawrence R. Commers (#18235)
1400 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402-2859

ATTORNEYS FOR PLAINTIFFS

Dated: 6/21/00

FAEGRE & BENSON, LLP

By ______________________
Charles F. Webber (# 215247)
Stephen M. Mertz (#212131)

90 South 7th Street
Minneapolis, MN 55402
(612) 336-3450

ATTORNEYS FOR THIRD-PARTY
DEFENDANT NORWEST BANK
MINNESOTA, NATIONAL ASSOCIATION

Dated:

DORSEY & WHITNEY, LLP

By [signature]

James K. Langdon (#171931)
Mitchell Granberg (#0285687)
220 South 6th Street
Minneapolis, MN 55402
(612) 340-8759

ATTORNEYS FOR THIRD-PARTY DEFENDANT DAIN RAUSCHER, INC.

Dated: June 26, 2000

MEAGHER & GEER, P.L.L.P.

By Charles Spevacek

Charles E. Spevacek (#126044)
Stacy A. Broman (#192454)
Amy J. Woodward (#026166X)
4200 Multifoods Tower
33 South 6th Street
Minneapolis, MN 55402
(612) 338-0661

ATTORNEYS FOR THIRD-PARTY DEFENDANT AGRICULTURAL EXCESS AND SURPLUS INSURANCE CO.

Dated: June 20, 2000.

BEST & FLANAGAN, LLP

By [signature]
Thomas B. Heffelfinger (#4328X)
Robert D. Maher (#220863)
Marlene A. Yoder (#0290142)
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, Minnesota 55402
(612) 339-7121

and

O'MELVENY & MYERS LLP
Phillip R. Kaplan
Amy J. Longo
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
(949) 760-9600

ATTORNEYS FOR DEFENDANT
AMERICAN LENDERS FACILITIES, INC.

**ORDER**

APPROVED AND SO ORDERED. DEFENDANT AMERICAN LENDER'S FACILITIES, INC. MAY IMMEDIATELY FILE AND SERVE ITS FIRST AMENDED THIRD-PARTY COMPLAINT.

Dated: July 6, 2000

BY THE COURT:

Raymond L. Erickson

The Honorable Raymond L. Erickson
United States Magistrate Judge