**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Court File No.: 00-269 JRT/RLE

First National Bank (Fulda), Peoples Holding Company, Inc., Commercial Federal Bank, BNC National Bank, Farmers & Merchants State Bank, American Federal Bank, First National Bank of Bovey, First National Bank (Chisholm), First National Bank (Pierre), First National Bank of the North, First State Bank of Red Wing, First National Bank (Moline), Northern State Bank of Virginia, Northwoods Bank of Minnesota, Prairie State Bank, Rosemount National Bank, State Bank of LaCrosse, Inc., State Bank of Aurora, Triumph State Bank, Citizens State Bank (Roseau), Community First Financial, Inc., First Federal Bank (Bemidji), First Savings Bank, fsb (Beresford), First State Bank (Sauk Centre), Red River State Bank, State Bank of Delano, and Vermillion State Bank,

**STIPULATION AND ORDER TO ALLOW PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT**

vs.

American Lenders Facilities, Inc.,

Defendant.

---

American Lenders Facilities, Inc.

Third-Party Complainant,

vs.

Norwest Bank Minnesota, National Association, Inc., a subsidiary of Wells Fargo Company; Dain Rauscher Corp., formerly known as Dain Bosworth, Inc.; and Agricultural Excess and Surplus Insurance Co., and DOES 1-100, inclusive,

Third party Defendants.

---

FILED JUL 19 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

The above named Plaintiffs and Defendant, American Lenders Facilities, Inc., by and through their attorneys of record, hereby stipulate as follows:

1. Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs may file the First Amended Complaint previously submitted to the Court and served upon the parties with Plaintiffs' Motion for Leave to File First Amended Complaint;

2. Defendant reserves any rights it may have to oppose any class action certification Plaintiffs may present to the Court.

Dated: July 17, 2000

MACKALL, CROUNSE & MOORE, PLC

By ______________________

Timothy D. Moratzka (No. 25036)
Shane H. Anderson (No. 179607)
Scott S. Payzant (No. 225907)
Lawrence R. Commers (No. 18235)
1400 AT&T Tower
Minneapolis, MN 55402
Ph. (612) 305-1456

ATTORNEYS FOR PLAINTIFFS

Dated: July 11, 2000

BEST & FLANAGAN, LLP

By ______________________

Thomas B. Heffelfinger ( No. 4328X)
Robert D. Maher (No. 220863)
Marlene A. Yoder (No. 0290142)
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402
Ph. (612) 339-7121

**ORDER**

Based upon the above stipulation, and good cause appearing,

IT IS HEREBY ORDERED THAT Plaintiffs may immediately file and serve their First Amended Complaint.

Dated: 7-19-00

BY THE COURT

Raymond L. Erickson

The Honorable Raymond L. Erickson
United States Magistrate Judge

SSP/ssp/567717.1