UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
412 UNITED STATES COURTHOUSE
515 W. FIRST ST.
DULUTH, MINNESOTA 55802

CHAMBERS OF
HON. RAYMOND L. ERICKSON

PHONE
(218) 529-3520
FAX
(218) 529-3529

Date: December 8, 2000

To: Mr. James K. Langdon, II
Mr. Mitchell W. Granberg
Dorsey & Whitney
Pillsbury Center S
220 S. 6th St.
Minneapolis, MN 55402

**LETTER ORDER**

Re: First Nat'l. Bank (Fulda), et al. v.
American Lenders, et al.
Civ. No. 00-269 (JRT/RLE)

Counsel:

The Motion filed on June 16, 2000, by Dain Rauscher Co. for leave to file amended answer [Docket No. 27], has been stricken from the Court's calendar because you are in non-compliance with Local Rule 7.1(a) (non-dispositive motions practices).

You are to assume responsibility to properly file all required documents, and to arrange with Victoria L. Miller, Calendar Clerk to Magistrate Judge Raymond L. Erickson, for rescheduling.

**The Clerk of Court is directed to strike the Motion for leave to file amended answer [Docket No. 27].**

Raymond L. Erickson
Raymond L. Erickson
United States Magistrate Judge

cc: Clerk of Court
All Counsel of Record

FILED DEC 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK