UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
412 UNITED STATES COURTHOUSE
515 W. FIRST ST.
DULUTH, MINNESOTA 55802

CHAMBERS OF
HON. RAYMOND L. ERICKSON

PHONE
(218) 529-3520
FAX
(218) 529-3529

May 14, 2001

To: Mr. Shane H. Anderson
Mackall, Crounse & Moore
1400 AAT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402

**LETTER ORDER**

Re: First National Bank (Fulda) et al.
v. American lenders Facilities
Civ. No. 00-269 (JRT/RLE)

Dear Counsel:

On May 9, 2001, you filed a Motion to Modify Pretrial deadlines [Docket No. 68]. The Motion has been stricken because it is not in compliance with Local Rule 7.1(a) (non-dispositive motion practices).

You are to assume responsibility to properly file all required documents, and to arrange with Victoria L. Miller, Calendar Clerk to Magistrate Judge Raymond L. Erickson, for scheduling a hearing on the Motion.

**The Clerk of Court is directed to strike the Motion [Docket No. 68].**

Raymond L. Erickson
Raymond L. Erickson
United States Magistrate Judge

cc: Clerk of Court
Counsel of Record

MAY 14 2001
FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______