# UNITED STATES DISTRICT COURT
## District of Minnesota

Case Number: 00-269 (JRT/RLE)

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, Caryn S. Glover, an active member in good standing of the bar of the U. S. District Court for the District of Minnesota, request that this court admit pro hac vice Phillip R. Kaplan, an attorney admitted to practice in the ______ District of ______, but not admitted to the bar of this court, who will be counsel for the ( ) plaintiff (x) defendant American Lender's Facilities, Inc. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case(s), and that I accept service of all papers served.

4/30/2001 (Date) [signature] (Signature)

Minnesota Attorney License Number: 183040

Law Firm: Best & Flanagan LLP
Suite/Bldg: 4000 U.S. Bank Place
Street Address: 601 Second Avenue South
City State Zip: Minneapolis, Minnesota 55402
Telephone: (612) 339-7121

### Affidavit of Proposed Admittee

I, Phillip R. Kaplan, am currently a member in good standing of the U. S. District Court for the Central District of California, but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Case Number: CT 00-269 (JRT/RLE) Judge Assigned: U.S. District Judge Tunheim
Case Title: First National Bank (Fulda), et al. v. American Lenders Facilities, Inc., and related third-party action

May 8, 2001 (Date) Phillip R. Kaplan (Type/Print Name) [signature] (Signature)

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 (Social Security No.) Cal. State Bar No 076949 (Atty. License No.) 4/77 (Date of Admission)

Law Firm: O'Melveny & Myers LLP
Suite/Bldg: Suite 1700
Street Address: 610 Newport Center Drive
City State Zip: Newport Beach, California 92660-6429
Telephone: (949) 823-6909

Motion Granted: [signature] MAY 16 2001
For the Court, Francis E. Dosal, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of ~~$20.00~~ $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above entitled action.

( ) THIRD DIVISION:
708 Federal Bldg.,
316 N. Robert Street
St. Paul, MN. 55101

( ) FOURTH DIVISION
514 U. S. Courthouse
110 So. 4th Street
Minneapolis, MN 55401

( ) FIFTH DIVISION
417 U. S. Courthouse
515 W. 1st Street
Duluth, MN. 55802

FILED MAY 16 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______