241/94

# UNITED STATES DISTRICT COURT
District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 00-269JRT/RLE    Case Title: First National Bank (Fulda) et al. v. American Lenders Facilities, Inc., et al.

Affidavit of Movant

I, Stacy A. Broman, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Frederick S. Fields an attorney admitted to practice in the Northern District of California, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendant Agricultural Excess and Surplus Ins. Co. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

Stacy Broman — Signature
192454 — MN Attorney License #
7/9/01 — Date

Affidavit of Proposed Admittee

I, Frederick S. Fields, am currently a member in good standing of the U.S. District Court for the Northern District of California, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Frederick S. Fields — Type/Print Name
[signature] — Signature
7/3/01 — Date

Attorney License Number: 36354

Law Firm Name & Address: Coblentz Patch Duffy & Bass
222 Kearny St
San Francisco, Calif 94108

Telephone: (415) 391-4800

Motion Granted: [signature], llj
For the Court ~~Francis E. Dosal~~, Clerk

JUL 12 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED JUL 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________