**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

FIRST NATIONAL BANK (Fulda), et al.,

Plaintiffs,

v.

AMERICAN LENDERS FACILITIES, INC., et al.

Defendants.

Civil No. 00-269 JRT/RLE

**AMENDED**
**NOTICE OF HEARING**

---

Oral argument on plaintiff's motion for class certification and defendants' motions for summary judgment are scheduled for **THURSDAY**, February 14, 2002, at 9:30 a.m. before Judge John R. Tunheim at the United States District Courthouse, 300 South Fourth Street, Minneapolis, in Courtroom 13E.

Dated: January 18, 2002

RICHARD D. SLETTEN, Clerk

Lou Jean M. Gleason
Calendar Clerk to Judge Tunheim
612-664-5083

FILED JAN 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED