**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

First National Bank (Fulda), First Savings Bank, fsb (Beresford), and BNC National Bank, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

American Lenders Facilities, Inc.

Defendants.

**Court File No.: CT 00-269 JRT/RLE**

**ORDER CERTIFYING SETTLEMENT CLASS, INCLUDING SUBCLASSES, AND APPROVING CLASS SETTLEMENT**

---

American Lenders Facilities, Inc.

Third-Party Complainant,

v.

Norwest Bank Minnesota, National Association, Inc., a subsidiary of Wells Fargo Company; Dain Rauscher Corp., formerly known as Dain Bosworth, Inc.; and Agricultural Excess and Surplus Insurance Co., and DOES 1-100, inclusive,

Third-Party Defendants.

---

This matter came before the Court September 5, 2002 for a hearing to determine whether the preliminarily approved settlement class and settlement agreement should be given final approval. Appearing before the Court on this date were Lawrence R. Commers and Shane H. Anderson on behalf of the Plaintiff class, Caryn Glover on behalf of Defendant American Lenders Facilities, Inc., and Charles Spevacek on behalf of Third Party Defendant Agricultural Excess and Surplus Insurance Co. Notice of the hearing had been sent by Plaintiffs' counsel, first class mail, to all putative class members. No

FILED 9-9-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

objections to the proposed class certification and settlement were submitted to the Clerk of Court or to any party, and no putative class member appeared at the hearing to interpose any objection. Therefore, based on the all of the filings and proceedings herein, and appearance and argument of counsel, IT IS ORDERED:

1. **Class Certification.** Court File No. CT 00-269 JRT/RLE, First National Bank (Fulda), First Savings Bank, fsb (Beresford) and BNC National Bank, on behalf of themselves and all others similarly situated, Plaintiffs v. American Lenders Facilities, Inc., Defendants, shall be maintained as a class action on behalf of the following class of plaintiffs.

> All Certificate Holders that own Class A Certificates representing undivided interests in the First Fidelity 1995-1 Grantor Trust, the First Fidelity 1995-2 Grantor Trust, and the First Fidelity 1995-3 Grantor Trust. This class shall be divided into the following three subclasses:
>
> - All Class A Certificate Holders in the First Fidelity 1995-1 Grantor Trust;
> - All Class A Certificate Holders in the First Fidelity 1995-2 Grantor Trust; and
> - All Class A Certificate Holders in the First Fidelity 1995-3 Grantor Trust.

2. **Class Representative; Class Counsel.** First National Bank (Fulda), First Savings Bank, fsb (Beresford), and BNC National Bank are designated as class representatives. First National Bank (Fulda) is also designated as the representative for the subclass consisting of all Class A Certificate Holders in the 1995-1 Grantor Trust; First Savings Bank, fsb (Beresford) is also designated as the representative for the subclass consisting of all Class A Certificate Holders in the 1995-2 Grantor Trust; and

BNC National Bank is also designated as the representative for the subclass consisting of all Class A Certificate Holders in the 1995-3 Grantor Trust. Lawrence R. Commers, Timothy D. Moratzka and Shane H. Anderson, Mackall, Crounse & Moore, 1400 AT&T Tower, 902 Marquette Avenue, Minneapolis, Minnesota 55402 pursued this action on behalf of the Plaintiff class with competency and skill, have conferred a common benefit upon the Plaintiff class, and are designated as counsel for the class.

3. **Settlement**. The settlement between the Plaintiff Class and the Defendant is fair, reasonable and adequate and accordingly is hereby approved.

4. The Court reserves jurisdiction over all matters relating to the consummation of the settlement.

Dated: Sept 9, 2002

John R. Tunheim
United States District Judge

SHA/sha/637059.1