**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

First National Bank (Fulda), First Savings Bank, fsb (Beresford), and BNC National Bank, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

American Lenders Facilities, Inc.

Defendants.

**Court File No.: CT 00-269 JRT/RLE**

**ORDER**

American Lenders Facilities, Inc.

Third-Party Complainant,

v.

Norwest Bank Minnesota, National Association, Inc., a subsidiary of Wells Fargo Company; Dain Rauscher Corp., formerly known as Dain Bosworth, Inc.; and Agricultural Excess and Surplus Insurance Co., and DOES 1-100, inclusive,

Third-Party Defendants.

---

This matter is before the Court of the Application of Class Counsel for an award of attorneys' fees, including expenses. Based upon all of the files, records and proceedings herein, upon argument of counsel,

IT IS HEREBY ORDERED:

1. The amount of $316,645.20 shall be awarded from the Settlement Fund to reimburse those class member banks their share of retainer paid. Plaintiffs' counsel shall be responsible for and is hereby directed to pay to each such class member bank its share of retainer advanced.

FILED 9-9-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. The amount of $340,548.93 shall be awarded from the Settlement Fund to the firm of Mackall, Crounse & Moore, PLC, as the balance of its fees incurred and costs expended in this matter.

3. The balance of the Settlement Fund shall be distributed to the authorized class member claimants pursuant to the terms of the Settlement Agreement between the parties.

4. The Court reserves jurisdiction over all matters relating to the consummation of the settlement.

Dated: Sept 9, 2002

John R. Tunheim
United States District Judge

/636967.1