UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

First National Bank (Fulda), et al.,

Plaintiffs,

vs.

American Lenders Facilities, Inc.,

Defendant/Third-Party Plaintiff,

vs.

Norwest Bank Minnesota, National Association;
Dain Rauscher, Inc.;
Agricultural Excess and Surplus Insurance Company;
and Does 1-100,

Third-Party Defendants.

Civil No. 00-269 (JRT/RLE)

**STIPULATION OF DISMISSAL**
and Order

The parties, by their undersigned attorneys, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that the counterclaim of Wells Fargo Bank Minnesota, National Association (formerly known as Norwest Bank Minnesota, National Association) against American Lenders Facilities, Inc. in this action may be dismissed in its entirety, with each side to bear its own costs and attorneys' fees, and that the Court may sign the attached order without a hearing.

FILED JAN 06 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 12-30, 2002

FAEGRE & BENSON LLP

Charles F. Webber (#215247)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Third-Party Defendant Wells Fargo Bank Minnesota, National Association, formerly known as Norwest Bank Minnesota, National Association

M2:20512287.01

Dated: ________________, 2002

BEST & FLANAGAN LLP

________________________________

Caryn S. Glover (#183040)
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402-4331
(612) 339-7121

Dated: ________________, 2002

O'MELVENY & MYERS LLP

________________________________

Amy J. Longo
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660-6429
(949) 760-9600

Attorneys for Appellant American Lenders Facilities, Inc.

Dated: _______________, 2002

FAEGRE & BENSON LLP

______________________________

Charles F. Webber (#215247)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorneys for Third-Party Defendant Wells Fargo Bank Minnesota, National Association, formerly known as Norwest Bank Minnesota, National Association

M2:20505139.02

Dated: Dec 11, 2002

BEST & FLANAGAN LLP

Caryn S. Glover (#183040)
4000 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402-4331
(612) 339-7121

Dated: Dec. 10, 2002

O'MELVENY & MYERS LLP

Amy J. Longo
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660-6429
(949) 760-9600

Attorneys for Appellant American Lenders Facilities, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

______________________________

First National Bank (Fulda), et al.,

Plaintiffs,

vs.

American Lenders Facilities, Inc.,

Defendant/Third-Party Plaintiff,

vs.

Norwest Bank Minnesota, National Association;

Civil No. 00-269 (JRT/RLE)

**ORDER OF DISMISSAL**

NB1:580437.3

Dain Rauscher, Inc.;
Agricultural Excess and Surplus Insurance Company;
and Does 1-100,

Third-Party Defendants.

---

This matter came before the Court on the stipulation of defendant American Lenders Facilities, Inc. ("ALFI") and third-party defendant Wells Fargo Bank Minnesota, National Association, formerly known as Norwest Bank Minnesota, National Association ("Wells Fargo") to an order dismissing Wells Fargo's counterclaim against ALFI. Based on the stipulation between the parties, and all the other files, records, and proceedings herein,

IT IS HEREBY ORDERED that Wells Fargo's counterclaim against ALFI in this action is hereby DISMISSED in its entirety. Wells Fargo and ALFI each shall bear its own costs and attorneys' fees.

SO ORDERED.

Dated: Jan 3, ~~2002~~ 2003

JOHN R. TUNHEIM
UNITED STATES DISTRICT JUDGE

M2:20505139.02